UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

REGINALD RIGGINS,

    Petitioner,

v.                                                           Civil Action Number: 1:10-cv-12697-BC
                                                              Honorable Thomas L. Ludington

RAYMOND BOOKER,

    Respondent.
_____/

## **JUDGMENT**

    In accordance with this Court's opinion and order entered on this date,

    It is hereby **ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is

**DENIED WITH PREJUDICE**.

                                             s/Thomas L. Ludington
                                             THOMAS L. LUDINGTON
                                             United States District Judge

Dated: May 11, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney by electronic means and on Reginald Riggins, #474085, Ryan Correctional Facility, 17600 Detroit, MI 48212 by first class U.S. mail on May 11, 2012.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS